**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE
NEW YORK, NEW YORK 10022-4775
(212) 508-6700
FACSIMILE: (212) 371-1084



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 04 2013

Andrew W. Singer
Direct Dial: (212) 508-6723
E-mail: singer@thsh.com

June 3, 2013

**VIA HAND DELIVERY**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 745
New York, N.Y. 10007

RECEIVED
JUN 03 20..
KATHERINE B. FORREST
U.S. DISTRICT JUDGE
S.D.N.Y.

Re: THOMAS NIMELY v. RXR 620 OWNER II LLC et al
Docket No. 13cv02069

Dear Judge Forrest:

We represent the Defendant Bed Bath & Beyond Inc. in the above-referenced action. We write this letter to request an adjournment of the Conference scheduled for June 6, 2013 to another date and time at the court's convenience. We also request an extension of time to answer, plead, or otherwise move with respect to Plaintiffs Complaint from June 5, 2013 (deadline previously extended by the So Ordered Stipulation dated 5/22/13) to June 25, 2013. The reason for the requests is twofold. First, Defendant provided a comprehensive settlement proposal to resolve the case last week to Plaintiff's counsel and the parties wish to fully exhaust their efforts to settle the case without having to litigate. Second, with respect to the conference, I am scheduled to argue a motion to dismiss in Supreme Court, Queens County at the same time as the conference.

This request is being made on consent of the parties.

Thank you Your Honor for your consideration in this matter.

Respectfully submitted,

Andrew W. Singer

cc: Glen Parker, Plaintiff's counsel (via email)

*Ordered. Based on the representations herein, final extension granted to move/answer to 6/25/13. Conference adjourned to 6/20/13 at 1pm.*

6/4/13

K. B. Forrest
USDJ