UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS NIMELY,

                              Plaintiff,

   -v-

RXR 620 OWNER II LLC AND BED BATH &
BEYOND INC.

                             Defendants.
------------------------------------------------------------------X

Docket No. 13 CV 2069 (KBF)(GWG)

**SCHEDULING ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 0 2013
```

KATHERINE B. FORREST, District Judge:

       The parties propose the following schedule for this matter:

1. All parties **do not** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2. Close of ~~fact~~ all discovery: October 18, 2013. [within 4 months] (Work out interim dates)

3. ~~Close of expert discovery: November 15, 2013. [25 days after the close of fact discovery]~~

    The parties contemplate experts in this matter for the following subject(s): Accessibility and Finance.

4. **[For F.L.S.A. actions only]** The plaintiff(s) [do / do not] anticipate making a motion for conditional class certification.

    Proposed briefing schedule:
    Opening: _____
    Opp'n: _____
    Reply: _____

    [Opening brief filed no later than 30 days from the date of the initial pretrial conference; full briefing shall be completed within 30 days of the opening brief]

5. The parties **do** anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) Summary Judgment.

    Proposed briefing schedule:
    Opening:    November 15, 2013

1

~~Opp'n:      December 15, 2013~~
~~Reply:      January 10, 2014~~   [illegible date]

[Opening brief filed no later than the close of expert discovery; full briefing shall be completed within 52 days of the opening brief]

TRIAL
Nov. 4, 2013

**DO NOT FILL IN BELOW – THE COURT WILL SET ITEMS 6-9**

6. The next status conference in this matter is set for 10/2/13 at 1:30 PM at _____.

7. All pretrial materials, including the Joint Pretrial Order ("JPTO"): ~~_____~~.

8. The Final Pretrial Conference ("FPTC") in this matter is set for ~~_____ at _____~~.

9. Trial in this matter shall commence on 11/4/13. Trial [will / ~~will not~~] be before a jury. Trial is anticipated to take 2 [days / ~~weeks~~].

SO ORDERED:

Dated: New York, New York
       June 20, 2013

       K. B. Forrest

       _____
       KATHERINE B. FORREST
       United State District Judge

2