UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THOMAS NIMELY, | Case No. 13 Civ. 2069 (KBF) |
| *Plaintiff,* | **RULE 7.1 DISCLOSURE STATEMENT OF BED BATH & BEYOND INC.** |
| -against- | |
| RXR 620 OWNER II LLC and BED BATH & BEYOND INC., | |
| *Defendants.* | |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Bed Bath & Beyond Inc. ("BB&B") hereby certifies that there are no corporate parents of BB&B, BB&B is a nongovernmental corporate party, and no publicly held corporations own more than 10% of BB&B's stock.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]*

Dated: New York, New York
June 25, 2013

Respectfully submitted,

**TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP**

_____
Andrew W. Singer
Jason B. Klimpl

900 Third Avenue
New York, New York 10022
Phone: (212) 508-6700
Fax: (212) 371-1084
Email:  singer@thsh.com
            klimpl@thsh.com
*Attorneys for Defendant,
Bed Bath & Beyond Inc.*