**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Andrew W. Singer
Direct Dial: (212) 508-6723
E-mail: singer@thsh.com

September 25, 2013

**VIA E-MAIL & ECF FILING**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
ForrestNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 6 2013
```

Re: *Nimely v. RXR 620 Owner II LLC et al.*
    Case No.: 13 Civ. 2069 (KBF)(GWG)

Dear Judge Forrest:

I serve as counsel to Defendant Bed Bath & Beyond Inc. ("Defendant") in connection with the above-referenced public accommodation litigation, and I write on behalf of both the Defendant and the Plaintiff, Thomas Nimely, to respectfully request an adjournment of the status conference currently scheduled before Your Honor on October 2, 2013, and the discovery deadline of October 18, 2013.

To date, the parties have exchanged in good faith a series of detailed proposals, diagrams of the entire store from scratch, and have had the opportunity for expert comment in order to facilitate settlement. Considering that the parties are in agreement as to what physical alterations should be made to resolve this dispute, and are just now focusing on drafting the settlement documents, we believe that settlement of this litigation will be achieved in the near future.

Accordingly, the parties respectfully request a 30-day adjournment of the status conference and discovery deadline in order to finalize their agreement without incurring discovery costs. Plaintiff's counsel, Mr. Parker, has consented to such an adjournment and no previous requests for an adjournment have been made.

Thank you Your Honor for your courtesies in this matter.

Respectfully submitted,

Andrew W. Singer

cc: Glen H. Parker, Esq. (by e-mail)
    *Attorney for Plaintiff*

[987155-2]

*Handwritten order:* Ordered. Conference adjourned to 11/1/13 at 1:30 pm. Discovery deadline extended to 11/18/13. (Do not expect or count on further extensions.)

K. B. Forrest
9/26/13
USDJ