```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
THOMAS NIMELY,                                :
                                              :
                    Plaintiff,                :    13 Civ. 2069 (KBF)
        -v-                                   :
                                              :           ORDER
                                              :
RXR 620 OWNER II LLC and BED, BATH            :
& BEYOND, INC.,                               :
                                              :
                                              :
                    Defendants.               :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2013

KATHERINE B. FORREST, District Judge:

On Thursday, October 31, 2013, the parties informed the Court that they reached a settlement in principle. Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Monday, December 2, 2013**.

All other dates and deadlines in this matter, including the status conference scheduled for Friday, November 1, 2013, at 1:30 p.m., are adjourned.

The Clerk of Court is directed to terminate this action

SO ORDERED.

Dated:    New York, New York
          October 31, 2013

                                        _____
                                           KATHERINE B. FORREST
                                           United States District Judge